UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                             CIVIL ACTION
EX REL. JAMES T. TRAN, MD, CORP

VERSUS                                               NO. 16-2209

MOLINA MEDICAID SOLUTIONS                            SECTION "B"(4)

                           ORDER AND REASONS

   Before the Court is Defendant's, Molina Information Systems, LLC d/b/a Molina Medicaid Solutions "Motion to Dismiss" (Rec. Doc. 22). Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed **and** served no later than eight (8) days before the noticed submission date. No memoranda in opposition to the instant motion, set for submission on **December 20, 2016,** have been submitted. Further, this Court on December 19, 2016 (Rec. Doc. 28) gave the Plaintiff until **February 1, 2017** to file an answer. No party has filed a motion to continue the noticed submission date or filed a motion for extension of time within which to oppose the motion. Accordingly, the motion is deemed to be unopposed. It appearing to this Court that the motion has merit,

   **IT IS ORDERED** that the motion to dismiss is **GRANTED** and Plaintiff's, claims against Defendant, Molina Information Systems, LLC d/b/a Molina Medicaid Solutions are hereby **DISMISSED WITH PREJUDICE.**

                                   1

A motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days of this Order. The motion must be accompanied by opposition memoranda to the original motion.

Because such a motion would not have been necessary had timely opposition memoranda been filed, the costs incurred in connection with the motion, including attorney's fees, will be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the noticed submission date of the motion for reconsideration.

New Orleans, Louisiana, this 20th day of March, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE